THE PEOPLE OF THE STATE OF NEW YORK ex rel. HER-
MANN E. GOLDSCHMIDT, Appellant, v. EUGENE M.
TRAVIS, Respondent.

*People ex rel. Goldschmidt* v. *Travis*, 167 App. Div. 475, affirmed.
(Argued October 11, 1916; decided October 31, 1916.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the third judicial department, entered
May 15, 1915, which affirmed an order of Special Term
denying a motion for a writ of mandamus to compel the
defendant to reinstate the relator in the position of exami-
ner of municipal accounts from which he claimed to have
been removed for political reasons, contrary to the Civil
Service Law.

*Clarence U. Carruth, Charles R. Carruth* and *William
W. Gerber* for appellant.

*Egburt E. Woodbury, Attorney-General (Edward G.
Griffin* of counsel), for respondent.

Order affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE,
COLLIN, CUDDEBACK, HOGAN and CARDOZO, JJ.

———

In the Matter of the Accounting of EDWARD H. TITUS
et al., as Executors of EDWARD P. HATCH, Deceased,
Respondents.

EDWARD E. BUTLER et al., Appellants; REAL ESTATE
TITLE INSURANCE AND TRUST COMPANY OF PHILADEL-
PHIA, et al., Respondents.

*Matter of Titus*, 170 App. Div. 764, affirmed.
(Argued October 11, 1916; decided October 31, 1916.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the first judicial department, entered
December 30, 1915, which reversed so much of a decree

of the New York County Surrogate's Court settling the accounts of the executors of Edward P. Hatch, deceased, as directs the assignment to the respondents, the Real Estate Title Insurance and Trust Company of Philadelphia, Herbert P. Queal and Harry T. Stoddart as trustees under four certain deeds of trust,. made by William W. Hendrickson, Boyd Hatch and Livingston Hatch respectively, of certain securities therein enumerated, in lieu of cash or of the entire share of their said assignors or mortgagors, in full satisfaction of their claims against the said assignors or mortgagors or their estates, and in so far as said decree refuses to allow them costs and counsel fees.

*Frederick T. Kelsey, Arthur Butler Graham, Louis Weinberger, Jacob Weinberger, Loren E. Harter* and *Henry G. Gray* for appellants.

*Otto · C. Wierum, Jr.,* and ·*Nelson S. Spencer* for executors, respondents.

*George S. Mittendorf* for Real Estate Title Insurance and Trust Company et al., respondents.

Order affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, CUDDEBACK, HOGAN and CARDOZO, JJ. ·

---

In the Matter of the Accounting of KINGS COUNTY TRUST COMPANY, as Executor of and Trustee under the Will of MARY E. LEWIS, Deceased, Appellant.

MARION L. QUINN et al., Respondents.

*Matter of Kings County Trust Co.,* 169 App. Div. 966, affirmed.
(Argued October 11, 1916; decided October 31, 1916.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered